**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL RAY O'NEAL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>N. GRANNIS, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 08-04015 JVS (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: April 22, 2010

　　　　　　　　　　　　　　　　　　　*/s/ James V. Selna*

　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE